COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION

Cause number:  01-14-00438-CV

Style:  *Don R. Johnson & Freddie L. Oliver, Appellants
v. Texas Serenity Academy, Inc. d/b/a Texas Serenity
Academy Charter School, Appellee*

Type of motion:  Motion for rehearing

Party filing motion:  Appellants

Appellants' motion for rehearing is **denied**.

Judge's signature:  /s/ Jane Bland
_____
Acting for the Court

Panel consists of Justices Keyes, Bland, and Massengale.

Date:  May 28, 2015